July 29, 2019

To: Judge Bongiovanni

Judge Sheridan

I'm writing you this letter in relation to civil case #3:17-CV-08751-PG5-TJB/3:17—CV-08-751-PGS-TJB

Windsom Gallimore, Executive for the estate of Earl Gallimore vs FedEx Corp FedEx Ground Package System INC. AKA FedEx Ground, Kei Contractors INC and Antwan Wade

I, Bernard R. Morgan am writing you to make you aware that FedEx Ground has for the last two years has altered or falsified the contract between FedEx Ground and Kei Contractors INC. I bought this to my attorney's attention he didn't even deny this was going on but told me I really shouldn't that up tp disturb the case could me as well as FedEx. I told my attorney Ryan Heller you tell them to put route back on my contract now or else I would tell their secret. He went to FedEx they finally agreed to return that Woodbridge route back to my contract. I had been fighting FedEx for two years about restoring my contract and correcting this problem. I know now that this so called missed print or type-o is not what it seems. FedEx Ground was very agitated and worried that I figured this. I know by FedEx Ground altering the contract agreement that they turned into the court what you have gives them a strategic advantage in this because FedEx management fought so hard to keep it off the contract for the last two years I believe FedEx Ground has illegally stack the deck in their favor.

I also called the prosecuting attorney Ditomaso Law over a month ago he seemed really concerned, but all of a sudden not concerned as they are at the point they just want this case to be over. Make no mistake, FedEx Ground calls all the shots here always will and always has from dispatching to final destination. I believe they changed the contract to try and take a back seat, but truly they are in control of it all.

From:
*[signature]*
Bernard R Morgan

*[Handwritten note:]* Clerk is directed to file this letter, and the parties to the litigation should respond, if appropriate, to this antionly by August 9, 2019.

SO ORDERED: *[signature]* Peter M Sheridan
DATED: 7/31/19